THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD DILLARD BROWN, Defendant-Appellant.

(No. 69-111;

Fifth District—April 14, 1975.

PER CURIAM.

Stephen P. Hurley and Daniel M. Kirwan, both of State Appellate Defender's Office, of Mount Vernon, for appellant.

Byron L. Connell, State's Attorney, of Mounds City, and Bruce D. Irish, of Illinois State's Attorneys Association, of Mount Vernon, for the People.